UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

21 MC 100 (AKH)

IN RE LOWER MANHATTAN DISASTER
SITE LITIGATION

BRUCE EDWARDS and SHARON
EDWARDS
                    Plaintiff,

          -against-

Tishman Construction Corporation of
Manhattan; Tishman Construction Corporation
of New York; Tishman Interiors Corporation,
et al.
                    Defendants.

DOCKET NUMBER:  (AKH) 07-CV-9804

NOTICE OF ADOPTION OF
ANSWER TO MASTER COMPLAINT OF
TISHMAN INTERIORS CORPORATION,
TISHMAN CONSTRUCTION
CORPORATION OF NEW YORK AND
TISHMAN CONSTRUCTION
CORPORATION OF MANHATTAN

Defendants Tishman Construction Corporation of Manhattan, Tishman Construction

Corporation of New York, and Tishman Interiors Corporation hereby adopt as their Answer in

the instant case their Answer and Defenses to Plaintiffs' Amended Master Complaint Against

Tishman Defendants in this litigation.  In accordance with Case Management Order No. 4, the

allegations of the instant Check-Off Complaint are deemed to be denied.  By way of further

answer, Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of

New York, and Tishman Interiors Corporation also incorporate by reference all averments and

denials of their Answer and Defenses to the Amended Master Complaint as though same were

more fully set forth herein at length.

Dated:  New York, New York
          June 4, 2008

                              COZEN O'CONNOR

                    By:_____
                         James F. Desmond, Jr., Esquire (JD-8941)
                         45 Broadway Atrium, Suite 1600
                         New York, New York 10006
                         (212) 509-9400
                         Attorneys for Defendants

## CERTIFICATE OF SERVICE

I, JAMES F. DESMOND, JR., hereby certify that a true and correct copy of Defendants

Tishman Construction Corporation of Manhattan, Tishman Construction Corporation of New

York, and Tishman Interiors Corporation Notice of Adoption of Answer and Defenses to Master

Complaint was served this 4th day of June, 2008, via ECF upon the following:


Gregory J. Cannata, Esquire
The Law Firm of Gregory J. Cannata
233 Broadway – Floor 5
New York, New York  10279

Robert Grochow, Esquire
The Law Firm of Gregory J. Cannata
233 Broadway – Floor 5
New York, New York  10279


Christopher R. LoPalo, Esquire
Worby Groner Edelman & Napoli Bern, LLP
115 Broadway – 12th Floor
New York, New York  10006

Richard Williamson, Esquire
Fleming Zulack Williamson Zauder, LLP
One Liberty Plaza
New York, New York 10006


James Tyrell, Esquire
Patton Boggs, L.L.P.
One Riverfront Plaza, 6th Floor
Newark, N.J. 07102

Andrew Carboy, Esquire
Sullivan, Papain, Block,
McGrath & Cannavo, P.C.
120 Broadway
New York, NY 10271


Peter Wies, Esquire
The City of New York Law Department
World Trade Center Unit
100 Church Street
New York, NY  10007

All Defense Counsel


Douglas & Johnson, P.C.
111 John Street, 14th Floor
New York, New York 10038


_____
James F. Desmond, Jr.